IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kiddie Academy International, Inc.         *
                                           *
         Plaintiff(s)                      *    Civil Action No.    WMN00CV722
                                           *
vs.                                        *
                                           *    ✓ FEE PAID
Ernest E. Sowell                           *
                                           *    ___ FEE NOT PAID
         Defendant(s)                      *         (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, Dwight W. Stone, II, Esquire a member of the Bar of this Court, moves the admission of David D. Peden, Jr., Esquire to appear pro hac vice in the captioned proceeding as counsel for Kiddie Academy International, Inc..

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of Texas and the following United States Court(s): U.S. Supreme Court; U.S. Court of Appeals for the Fifth Circuit; U.S. District Court, Southern District of Texas.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court 0 time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: N/A.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

KID06628\001 169979 1
5/9/00

5)  Co-counsel for the proposed admittee in this proceedings will be the undersigned or Albert J. Mezzanotte, Jr. or Gary S. Posner, Esquire, who has been formally admitted to the bar of this Court.

6)  It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Dwight W. Stone, II, Bar No. 022968 | David D. Peden, Jr. |
| Whiteford, Taylor & Preston, L.L.P. | Greenberg, Peden, Siegmyer, Oshman, Tigner, |
| Seven Saint Paul Street, Suite 1400 | Geddie, Snyder & Naylor, P.C. |
| Baltimore, Maryland 21202 | 12 Greenway Plaza, 10th Floor |
| (410) 347-8700 | Houston, Texas 77046 |
| (410) 659-6470 FAX | (713) 627-2720 |
| | (713) 627-7057 FAX |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___5/22/00___       _____
Dated                         Judge, U.S. District Court
1277558

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2000, a copy of the Motion for Admission *Pro Hac Vice* was mailed, postage prepaid, to:

> William Sammons, Esquire
> Tydings & Rosenberg
> 100 East Pratt Street
> Baltimore, Maryland 21202
>
> Attorneys for Defendant Ernest E. Sowell

_____
Dwight W. Stone, II