THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KIDDIE ACADEMY INTERNATIONAL, INC. | * | |
| Plaintiff, | * | Civil Action No. WMN 00 CV 722 |
| v. | * | |
| ERNEST E. SOWELL | * | |
| Defendant. | * | |

## ORDER

Defendant Ernest E. Sowell's motion for leave to file his first amended answer and counterclaim is hereby GRANTED.

Signed this 15th day of June, 2000

_____
United States District Judge

FILED ____ ENTERED
LODGED ____ RECEIVED

JUN 16 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY



#206199