THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KIDDIE ACADEMY INTERNATIONAL, INC. ) ) ) | |
| Plaintiff, ) | Civil Action No. WMN 00 CV 722 |
| ) v. ) ) | |
| ERNEST E. SOWELL ) ) | ✓ FEE PAID |
| Defendant. ) ) | ____ FEE NOT PAID (SEND LETTER) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1.(b) of this Court, William C. Sammons, Esquire, a member of the Bar of this Court, moves the admission of David M. Bays, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for Ernest E. Sowell.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar of the State of Texas and the following United States Court: Southern District of Texas.

2) During the 12 months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this court zero times.

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.



5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Lee B. Rauch, who have been formally admitted to the bar of this Court.

6) It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

Respectfully submitted,

MOVANT:

_____
William C. Sammons, Bar #023066
Lee B. Rauch, Bar #12135
Tydings & Rosenberg LLP
100 East Pratt Street - 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

PROPOSED ADMITTEE:

_____
David M. Bays
Bayko Gibson Carnegie Hagan &
   Schoonmaker LLP
Chase Tower – 65th Floor
600 Travis, Suite 6500
Houston, TX 77002
(713) 223-0101
Fax: (713) 223-0042

## ORDER

Motion ____✓____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___6/30/00___
Dated

_____
Judge, U.S. District Court

2