UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 19 P 3:18

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

September 18, 2000

Dwight W. Stone, II, Esq.
Whiteford, Taylor & Preston
7 St. Paul St., Ste. 1400
Baltimore, MD 21202-1626

William C. Sammons, Esq.
Tydings & Rosenberg
100 E. Pratt Street
Baltimore, MD 21202

David M. Bays, Esq.
Bayko, Gibson, Carnegie & Hagan
Chase Toer, 65th Floor
Houston, Texas 77002-3008

Re:  Kiddie Academy International, Inc.
     V. Ernest E. Sowell
     Civil Action No. WMN-00-722

Dear Counsel:

Receipt is acknowledged of Mr. Stone's status report.

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, October 4, 2000 at 9:15 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M. Nickerson
United States District Judge

WMN:cc

cc:  Court File